# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3117
_____

FLOYD SPIVEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceeding.


April 16, 2025


PER CURIAM.

Because the trial court has ruled on the petitioner's postconviction motion, we dismiss the petition for writ of mandamus as moot. *See Granville v. State*, 382 So. 3d 792, 793 (Fla. 1st DCA 2024) (citing supreme court decisions as authority for dismissal).

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––

Floyd Spivey, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.